THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN H. GREENWOOD, Respondent.

Submitted October 3, 1955; decided October 5, 1955.

Motion for enlargement of time granted and case set down for argument during the October, 1955, session of the Court of Appeals. Records and brief of appellant to be filed and served on or before October 10, 1955.